THE STATE EX REL. SCHMIEDER, APPELLEE, *v.* INDUSTRIAL
COMMISSION OF OHIO ET AL., APPELLANTS.

[Cite as *State ex rel. Schmieder v. Indus.
Comm.* (1999), 85 Ohio St.3d 389.]

(No. 98–1755—Submitted February 23, 1999—Decided May 5, 1999.)

*Fell, Marcus & Koder Co., L.P.A.,* and *George N. Fell II,* for appellee.

*Betty D. Montgomery,* Attorney General, and *Robert D. Strauss,* Assistant Attorney General, for appellant Industrial Commission.

*Eastman & Smith Ltd., Thomas J. Gibney* and *Margaret A. Mattimoe,* for appellant Daimler Chrysler Corporation.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., concur.

RESNICK, J., dissents.

COOK, J., dissents.

LUNDBERG STRATTON, J., dissents.

**ALICE ROBIE RESNICK, J., dissenting.** I would reverse the judgment of the court of appeals.

**COOK, J., dissenting.** Because I would return this cause to the commission pursuant to *State ex rel. Noll v. Indus. Comm.* (1991), 57 Ohio St.3d 203, 567 N.E.2d 245, I respectfully dissent.

LUNDBERG STRATTON, J., dissenting.   I dissent and would reverse the judgment of the court of appeals and reinstate the order of the Industrial Commission.